NICHOLAS J. CASCONE et al., Respondents, v. FRANK J. CAMPANALE, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Munder and Nolan, JJ., concur.